IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00186-RPM

DANNY CALHOON,

    Plaintiff,

v.

ELECTRIC INSURANCE COMPANY,

    Defendant.

_____

ORDER FOR REMAND
_____

    Pursuant to the Stipulated Motion to Remand Case to State Court Due to Lack of Diversity Jurisdiction under 28 U.S.C. § 1332 [8] filed February 25, 2013, it is

    ORDERED that this action is remanded to the Pueblo County District Court, Pueblo, Colorado.

    Dated: February 25th, 2013

                                                  BY THE COURT:

                                                  s/Richard P. Matsch
                                                  _____
                                                  Richard P. Matsch, Senior District Judge